Dismissed and Memorandum Opinion filed September 25, 2008








Dismissed
and Memorandum Opinion filed September 25, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00242-CV

____________

 

BRANDE BINGHAM, Appellant

 

V.

 

MBNA AMERICA, Et. Al., Appellees

 

 



 

On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 886538

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed November 16, 2007.  The clerk=s record was filed on April 18,
2008.  No reporter=s record was taken.  No brief was filed.

On July
24, 2008, this Court issued an order stating that unless appellant submitted
his brief, together with a motion reasonably explaining why the brief was late,
on or before August 25, 2008, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).








On
September 10, 2008, appellant filed a motion to dismiss the appeal.  We grant
appellant=s motion.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
September 25, 2008.

Panel consists of Justices Yates, Seymore, and Boyce.